USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-24-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
UNITED STATES OF AMERICA,         :
                                  :
     -against-                    :     No. 14 Cr. 518 (JFK)
                                  :     No. 19 Civ. 11906 (JFK)
DIONYSIUS FIUMANO,                :
                                  :          ORDER
               Defendant.         :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

On December 26, 2019, Defendant Dionysius Fiumano petitioned the Court to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On January 6, 2020, the Court ordered the Government to respond to Fiumano's petition by no later than March 9, 2020. On February 18, 2020, Fiumano moved the court for leave to supplement his initial pleading and file an oversized brief of approximately 47 pages. The motion is GRANTED in part and DENIED in part as set forth below.

By no later than April 1, 2020, Fiumano may file an amended memorandum of law of no more than **30 pages**. The Government shall have 45 days from the date Fiumano's amended pleading is filed to file their opposition. Fiumano shall have 30 days from the date on which he is served with the Government's opposition to file a response. Absent further order, the motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated: New York, New York
       February 24, 2020

*John F. Keenan*
John F. Keenan
United States District Judge

*I mailed a copy of this order to Mr. Fiumano on 2-24-20. — William Ryan, Courtroom Deputy*