```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                 :
                                         :
        -against-                        :     No. 14 Cr. 518 (JFK)
                                         :           ORDER
DIONYSIUS FIUMANO,                       :
                                         :
                        Defendant.       :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Dionysius Fiumano's _pro se_ motion for sentence reduction, (ECF No. 200), by no later than June 5, 2020. The Government is further directed to mail a copy of its response to Fiumano by June 5, 2020. Fiumano shall have 30 days from the date on which he is served with the Government's opposition to file a response. Absent further order, the motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Fiumano today.

**SO ORDERED.**

Dated:  New York, New York
        May 27, 2020

                                            _/s/ John F. Keenan_
                                            John F. Keenan
                                            United States District Judge