**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7/24/2020
```

------------------------------------X

UNITED STATES OF AMERICA              :
                                      :
       -against-                      :        No. 14 Cr. 518 (JFK)
                                      :            **ORDER**
DIONYSIUS FIUMANO,                    :
                                      :
                     Defendant.       :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Government is directed to resend to Defendant Dionysius Fiumano its response to Fiumano's <u>pro se</u> motion for sentence reduction, (ECF No. 200), by no later than July 27, 2020.[1] Fiumano shall have 30 days from the date on which he is served with the Government's opposition to supplement his "reply in absence of Government's response," (ECF No. 204), if he so chooses.  Absent further order, Fiumano's motion will be considered fully submitted as of that date.

    The Court will mail a copy of this Order to Fiumano today.

**SO ORDERED.**

Dated:  New York, New York
        July 24, 2020

                                        _John F. Keenan_
                                        John F. Keenan
                                    United States District Judge

---

[1] The Government's letter in opposition to Fiumano's motion was timely filed on June 1, 2020, but it appears Fiumano may not have received a copy of it.