```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :    No. 14 Cr. 518 (JFK)
                                    :         ORDER
DIONYSIUS FIUMANO,                  :
                                    :
                    Defendant.      :
------------------------------------X
```

**JOHN F. KEENAN**, United States District Judge:

On June 1, 2020, the Government timely filed its opposition to Defendant Dionysius Fiumano's pro se motion for sentence reduction.  On September 8, 2020, Fiumano filed a pro se motion for summary judgment, (ECF No. 208), because he, apparently, still has not received a copy of the Government's opposition.

Accordingly, the Court will send a copy of the Government's opposition to Fiumano today, along with a copy of this Order, and Fiumano's motion for summary judgment will be DENIED as both moot and untimely.  Fiumano shall have 30 days from the date on which he receives the Government's opposition to supplement his "reply in absence of Government's response," (ECF No. 204), if he so chooses.  Absent further order, Fiumano's motion will be considered fully submitted as of that date.

The Clerk of Court is directed to terminate the motion docketed at ECF No. 208.

**SO ORDERED.**

Dated:  New York, New York
        September 15, 2020

                                         _____
                                                 John F. Keenan
                                         United States District Judge