UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   No. 14 Cr. 518 (JFK)
    -against-                       :   No. 19 Civ. 11906 (JFK)
                                    :
DIONYSIUS FIUMANO,                  :   ORDER
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    On December 26, 2019, Defendant Dionysius Fiumano filed a pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 196.) Since then, Fiumano has filed more than seven pro se letters or motions seeking similar relief or requesting additional time to make certain filings, leave to file excess pages, and for summary judgment, among other requests. (See Docket No. 14 Cr. 518 (JFK) at ECF Nos. 200 (motion for compassionate release); 203 (motion for leave to supplement compassionate release request); 204, 205 (identical compassionate release reply briefs); 207 (letter requesting information from the Clerk of Court); 208, 210 (identical motions for summary judgment); 211, 212 (identical requests for additional time); see also Docket No. 19 Civ. 11906 (JFK) at ECF Nos. 5 (motion for leave to file oversized brief); 10 (letter requesting additional time); 13 (letter requesting additional time).)

1

Fiumano's most recent request is for an extension of time to file a reply to the Government's opposition to his habeas petition.[1]  (ECF No. 212.)

It is hereby ORDERED that Fiumano's most recent request for additional time is GRANTED.  Fiumano may have until the date he requested, December 1, 2020, to file a reply to the Government's opposition.  No further requests for additional time will be considered.

It is FURTHER ORDERED that Fiumano may not make any additional pro se filings without the Court's leave.

Finally, the Clerk of Court is directed to terminate the following motions: (1) ECF No. 210 which was resolved by the Court's September 15, 2020 Order (ECF No. 209); and (2) ECF Nos. 211 and 212, and ECF No. 14 in Docket No. 19 Civ. 11906 (JFK), which are the same request for additional time resolved by this Order.

The Court will mail a copy of this Order to Fiumano today.

**SO ORDERED.**

Dated:   New York, New York
         September 29, 2020

*[signature]*
John F. Keenan
United States District Judge

---

[1] Fiumano also requests confirmation that the Government's opposition is 28 pages and was filed on May 8, 2020.  Fiumano is correct.