**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------X
UNITED STATES OF AMERICA        :
                                :   No. 14 Cr. 518 (JFK)
     -against-                  :   No. 19 Civ. 11906 (JFK)
                                :
DIONYSIUS FIUMANO,              :   **ORDER**
                                :
          Defendant.            :
-----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

Before the Court is pro se Defendant-Petitioner Dionysius Fiumano's ("Fiumano") letter request for leave to amend his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 227.) In a February 1, 2022, Opinion and Order, the Court denied Fiumano's § 2255 motion. See United States v. Fiumano, No. 14 Cr. 518 (JFK), 2022 WL 294119, at *1 (S.D.N.Y. Feb. 1, 2022). Accordingly, Fiumano's instant request is DENIED as moot.

**SO ORDERED.**

Dated:   New York, New York
         March 8, 2022

                                    _____
                                    John F. Keenan
                                    United States District Judge

I mailed a copy of this order to Mr. Fiumano on 3-8-22.

— William Ryan,
Courtroom Deputy to Judge Keenan

1