UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-25
```

UNITED STATES OF AMERICA,

-against-

14-CR-518-02 (CM)

Dionysius Fiumano,

Defendant.

ORDER REGARDING DEFENDANT'S MOTION FILED PURSUANT TO 18 U.S.C. § 3582

McMahon, J.:

Defendant has filed a motion pursuant to 18 U.S.C. § 3582. (ECF Document 234).

The Government is to respond to the motion within 30 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated:  January 7, 2025
        New York, New York

COLLEEN McMAHON
United States District Judge